IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| DAVID J. FALSO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:13-cv-00356 |
| | ) | |
| ERIC D. WILSON, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

## RESPONDENT'S MOTION TO DISMISS

Respondent, Eric D. Wilson, Warden of the Federal Correctional Complex in Petersburg, Virginia ("FCC Petersburg"), by and through counsel, Jonathan H. Hambrick, Assistant United States Attorney for the Eastern District of Virginia, hereby moves to dismiss Petitioner David J. Falso's petition for writ of habeas corpus.

WHEREFORE, Respondent the Eric D. Wilson, by counsel, respectfully requests that the Court issue an order dismissing Petitioner's petition for writ of habeas corpus, and for such other relief as the Court deems just and proper.

DATED this 26th day of September, 2013.

          Respectfully submitted,

          NEIL H. MACBRIDE
          UNITED STATES ATTORNEY

By: /s/
          Jonathan H. Hambrick
          VSB #37590
          Attorney for Respondent
          Office of the United States Attorney
          600 East Main Street, Suite 1800
          Richmond, Virginia 23219
          (804) 819-5400 (phone)
          (804) 819-7417 (fax)
          jay.h.hambrick@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of September, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

> Jeffrey Lee Everhart
> Counsel for Petitioner
> everhartlaw@comcast.net

By: /s/
Jonathan H. Hambrick
VSB #37590
Attorney for Respondent
Office of the United States Attorney
600 East Main Street, Suite 1800
Richmond, Virginia 23219
(804) 819-5400 (phone)
(804) 819-7417 (fax)
jay.h.hambrick@usdoj.gov