IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

David J. Falso,

    Petitioner,

v.                                       Civil Action No. 3:13-cv-00356-JAG

Eric D. Wilson,

    Respondent.

## ORDER

In accordance with the accompanying Memorandum Opinion, the Court:

1. GRANTS the respondent's Motion to Dismiss. (Dk. No. 5);

2. DISMISSES the petitioner's 28 U.S.C. § 2241 Petition for lack of jurisdiction;

3. DENIES a certificate of appealability.

Should Falso desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within sixty (60) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the ability to appeal.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion and Final Order to Falso and counsel of record.

It is so Ordered.

Date: 12/16/13
Richmond, VA

/s/ 
John A. Gibney, Jr.
United States District Judge