## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | | |
|---|---|---|
| **DAVID FALSO,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO.: 3:13CV00356-JAG |
| | ) | |
| | ) | |
| **ERIC D. WILSON,** | ) | |
| | ) | |
| Respondent. | ) | |

## NOTICE OF APPEAL

NOTICE is hereby given that **David Falso,** pursuant to Federal Rule of Appellate Procedure 4(b)(1), hereby notes his appeal from the United States District Court for the Eastern District of Virginia to the United States Court of Appeals for the Fourth Circuit of the Judgment entered in this action on the 16th day of December, 2013.  This Notice of Appeal is filed to preserve the Appellant's right of appeal.

Notice is further given that Frank Policelli, Esquire, will be representing the Appellant in the United States Court of Appeals for the Fourth Circuit and in any further appellate actions.

Respectfully submitted,

**DAVID FALSO**

By_____/s/_____
**Jeffrey L. Everhart, Esquire**

        Virginia State Bar No. 22328
**Local Counsel for David Falso**
RICE & EVERHART
4100 East Parham Road, Suite C
Richmond, Virginia  23228
Tel:   (804) 672-1087
Fax:   (804) 672-0545
e-mail:   everhartlaw@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of January, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Jonathan H. Hambrick, Esquire**
UNITED STATES ATTORNEY'S OFFICE
Main Street Centre
600 East Main Street, Suite 1800
Richmond, Virginia  23219
Tel:   (804) 819-5400
Fax:   (804) 819-7417
jay.h.hambrick@usdoj.gov

**Frank Policelli, Esquire**
10 Steuben Park
Utica, New York 13501
Tel:   (315) 793-0020
Fax:   (315) 793-8743
frankpolicelli@centralny.twcbc.com

        /**s**/
**Jeffrey L. Everhart, Esquire**
Virginia State Bar No. 22328
**Local Counsel for David Falso**
RICE & EVERHART
4100 East Parham Road, Suite C
Richmond, Virginia  23228
Tel:   (804) 672-1087
Fax:   (804) 672-0545
e-mail:   everhartlaw@comcast.net